IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD ROSS,

    Plaintiff,

v.

CITY OF OAKLAND,

    Defendant.

No. C 14-00800 WHA

**ORDER RE BRIEFING SCHEDULE ON MOTION TO DISMISS AMENDED COMPLAINT**

Good cause shown, defendant shall file its motion to dismiss by **May 9, 2014**. Plaintiff shall file his opposition by **May 28, 2014.** Defendant shall file a reply by **June 12, 2014.**

Both parties request a hearing date of June 26. That date, however, is unavailable. The hearing on defendant's motion to dismiss will be held on **JULY 10, 2014, AT 8:00 A.M.**

**IT IS SO ORDERED.**

Dated: May 7, 2014.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE