Stanley Goff, Esq., State Bar No. 289564
Law Offices of Stanley Goff
15 Boardman Place Suite 2
San Francisco, CA 94103
Telephone: (415) 571-9570
Email: scraiggoff@aol.com

Attorney for Plaintiff Ronald Ross

UNITED STATES DISTRIC COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD ROSS, <br><br>             Plaintiff, <br><br> vs. <br><br> CITY OF OAKLAND, <br><br> and DOES 1 through 50. <br><br>             Defendants. | Case No.: C 14-00800WHA <br><br><br> PLAINTIFF'S REQUEST TO CONTINUE THE CASE MANAGEMENT CONFERENCE SCHEDULED FOR MAY 29TH 2014 <br> (PROPOSED) ORDER TO GRANT CONTINUANCE |

     To the honorable Court, the plaintiff requests that the case management conference scheduled for May 29 2014 be continued to date of July 10, 2014, which is the date that this court will conduct a motion to dismiss hearing in this case.

     Plaintiff has conferred with defense counsel and she has agreed to the requested continuance of the case management conference if the Court so orders.

Date: May 23, 2014.                                                            By: _____/s/_____

                                                                                                    Stanley Goff
                                                                                                    Attorney for Plaintiff
                                                                                                    Ronald Ross

## **ORDER**

IT IS ORDERED that the case management conference scheduled for May 29, 2014 will be continued to July 10, 2014.

Dated: May 23, 2014.

Hon. William H. Alsup