UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD ROSS,<br>        Plaintiff,<br>   v.<br>CITY OF OAKLAND, et al.,<br>        Defendants. | Case No. 14-cv-00800-MEJ<br><br>**ORDER FOR SUPPLEMENTAL BRIEFING**<br><br>Re: Dkt. No. 74 |

Pending before the Court is Defendants' Motion for Summary Judgment. Dkt. No. 74. Plaintiff opposes Defendants' Motion, primarily relying on the Declaration of Renardo Williams. *See* Williams Decl., Dkt. No. 104-4. Defendants dispute the admissibility of this Declaration at trial and the Court's consideration of it at summary judgment. *See* Mot. 14-15; Reply at 5-6, Dkt. No. 106. Plaintiff's Opposition argues that Mr. Williams' Declaration may be admissible under Federal Rule of Evidence 804(b)(3) as a statement against interest by an unavailable witness; however, it is unclear what efforts, if any, Plaintiff has taken to locate Mr. Williams or to procure his testimony. Opp'n at 7, Dkt. No. 104. Accordingly, Plaintiff shall file a declaration **by July 1, 2015** describing his attempts, if any, to locate Mr. Williams and to obtain discovery from him, as well as what, if any, possible leads remain to locating him.

**IT IS SO ORDERED.**

Dated: June 24, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge